DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMIN DEMETRY CHAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0155

[May 14, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562014CF002236A.

Jamin Demetry Chavis, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Chapa v. State*, 159 So. 3d 361, 362 (Fla. 4th DCA 2015); *Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted*, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***